| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

# Motion and Order for Admission *Pro Hac Vice*

| Division | Corpus Christi | Case Number | 18-cv-00456 |
|---|---|---|---|

Eric Stevens, et al.

*versus*

Ford Motor Co.

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Sean R. Matt<br>Hagens Berman Sobol Shapiro LLP<br>1301 Second Ave., Suite 2000<br>Seattle, WA 98101<br>(206) 623-7292   sean@hbsslaw.com<br>Wash. Bar No. 21972<br>U.S. District Court, Western District of Washington |
|---|---|

| Name of party applicant seeks to appear for: | ERIC STEVENS, et al. |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 4/15/2021 | Signed: | s/ Sean R. Matt |
|---|---|---|

The state bar reports that the applicant's status is:

| Dated: | Clerk's signature |
|---|---|

### Order

**This lawyer is admitted *pro hac vice*.**

Dated: _____                        _____
                                                                                                    United States District Judge