# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

| | |
|---|---|
| ERIC STEVENS, *et al.*, § <br> § <br> Plaintiffs, § <br> § <br> v. § <br> § <br> FORD MOTOR COMPANY, § <br> § <br> Defendant. § | Civil Action No. 2:18-cv-00456 |

## STIPULATED [PROPOSED] AMENDED SCHEDULING ORDER

By agreement of the Parties, the Court sets the following deadlines for the Parties to brief and argue Ford's anticipated summary judgment motion:

| **Event** | **Deadline** |
|---|---|
| Ford's Summary Judgment Motion | November 18, 2022 |
| Plaintiffs' Opposition to Summary Judgment Motion | December 16, 2022 |
| Ford's Reply in Support of Summary Judgment Motion | January 6, 2023 |

DONE AND ORDERED in Chambers this _____ day of October, 2022.

_____
DAVID S. MORALES
UNITED STATES DISTRICT JUDGE