United States District Court
Southern District of Texas
**ENTERED**
March 31, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| ERIC STEVENS, *et al.*, §<br>§<br>Plaintiffs, §<br>V. §<br>§<br>FORD MOTOR COMPANY, §<br>§<br>Defendant. §<br>§<br>§ | CIVIL ACTION NO. 2:18-CV-00456 |

## FINAL JUDGMENT

Pursuant to the Court's order on Defendant Ford Motor Company's motion for summary judgment, (D.E. 247), the Court enters final judgment dismissing with prejudice all claims against Defendant in this cause. FED. R. CIV. P. 58. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

SO ORDERED.

DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Dated: Corpus Christi, Texas
       March 31, 2023